UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SERI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC. and MICHAEL CRAWFORD d/b/a DIRECT SOURCE,<br><br>      Defendants. | Case No. 1:16-CV-01214-DAP<br><br>JUDGE DAN AARON POLSTER |

**DEFENDANT CROSSCOUNTRY MORTGAGE, INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, CrossCountry Mortgage, Inc. ("CrossCountry") hereby moves to dismiss all claims against CrossCountry in the Class Action Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: June 28, 2016

                                                  Respectfully submitted,

                                                  /s/ Michael A. Platt
                                                  Michael A. Platt
                                                  (Ohio Bar Registration No. 0082926)
                                                  E-mail:  maplatt@jonesday.com
                                                  Kristin S.M. Morrison
                                                  (Ohio Bar Registration No. 0085004)
                                                  E-mail:  kmorrison@jonesday.com
                                                  JONES DAY
                                                  North Point
                                                  901 Lakeside Avenue
                                                  Cleveland, Ohio 44114-1190
                                                  Telephone:     (216) 586-3939
                                                  Facsimile:      (216) 579-0212

David L. Firestine
(Ohio Bar Registration No. 0072621)
E-mail: dlf@witscheylaw.com
WITSCHEY WITSCHEY & FIRESTINE
  CO., LPA
405 Rothrock Road, Suite 103
Akron, Ohio 44321-3125
Telephone: (330) 665-5117
Facsimile: (330) 665-7615

*Attorneys for Defendant*
*CrossCountry Mortgage, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss of Defendant CrossCountry Mortgage, Inc. was filed electronically on June 28, 2016.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Michael A. Platt
Michael A. Platt
(Ohio Bar Registration No. 0082926)

*One of the Attorneys for Defendant*
*CrossCountry Mortgage, Inc.*

NAI-1501274917v1